

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2023

No. 04-23-00594-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On June 15, 2023, the Department filed a petition for writ of mandamus. We conditionally grant the petition for writ of mandamus and order the trial court to vacate, no later than fifteen days from the date of this order, the following decretal paragraphs of the "Order Granting in Part and Denying in Part Petitioner's Request for De Novo Hearing Before the Referring Court" rendered on March 10, 2023, and signed on March 27, 2023:

4.1.1   The Department is ordered to continue to pay the equivalent of monthly "kinship funds" to any and all caregivers/placements for the (4) children in its care so that the Department shall meet the needs of all (4) children in its care as required by law.

4.1.2   Any and all funds in arrears that have not been paid to the caregiver shall be tendered no later than March 15, 2023 at 5:00 PM.

4.1.3   The Court finds the equivalent of "kinship funds" to be a monthly financial assistance of $1520.00.

The writ will issue only if we are informed that the trial court has failed to comply with this order.

This court's June 16, 2023, partial stay of the underlying proceedings is **LIFTED**.

It is so **ORDERED** on October 11, 2023.

_____
Patricia O. Alvarez, Justice

---

[1] This proceeding arises out of Cause No. 2020-PA-01747, styled *In the Interest of Z.C., Z.T., Z.T., J.C., Children*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2023.

Michael A. Cruz, Clerk of Court